Robert W. Brower (SBN 94929)
P.O. Box 20278
El Sobrante, CA  94820
(510) 758-3188
combatlit@aol.com

Attorney for a Various
Clawback Defendants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 11- 49803 RLE |
| Mortgage Fund '08, LLC, | Chapter 11 |
| Debtor. | Adversary Proceeding No. 13 - 04190 |
| Susan L. Uecker, in her capacity as Trustee of the Mortgage Fund '08, LLC, Liquidating Trust, | |
| Plaintiff, | **REQUEST FOR SPECIAL NOTICE** |
| vs. | |
| ROBERT L. MONTGOMERY, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that, Robert W. Brower, attorney for various clawback defendants, hereby requests that all papers served in this proceeding be served upon him by e-mail at his ECF address:

combatlit@aol.com

///

Request for Special Notice (Robert W. Brower)                                                                 Page 1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes any and all notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any applications, complaints, demands, hearings, motions, orders, pleadings, petitions, answering or reply papers, memoranda or briefs in support of, or in opposition to, any of the foregoing, or other requests, formal or informal, whether transmitted or conveyed by mail, telephone, electronic transmission or otherwise.

Dated: October 9, 2013

Robert W. Brower
Attorney for Various
Clawback Defendants